## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00090-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ALFREDO LUPERCIO-LUPERCIO,

      Defendant.

_____

## ORDER
_____

      PURSUANT to and in accordance with Order entered by the Honorable Christine

M. Arguello on February 6, 2014, it is

      ORDERED that Defendant Alfredo Lupercio-Lupercio , is sentenced to TIME

SERVED.

      DATED: February 6, 2014

                 BY THE COURT:

                 _____
                 Christine M. Arguello
                 United States District Judge